# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

GS Holistic, LLC,

                Plaintiff,        Case No. 23-12909

v.                                 Judith E. Levy
                                       United States District Judge

Detroit Hookah Shop One Inc., and
Mohammed Al Baadani,        Mag. Judge David R. Grand

                Defendants.

_____/

## ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE

On January 27, 2025, Plaintiff GS Holistic, LLC filed a Notice of Voluntary Dismissal. (ECF No. 21.) "Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Although Plaintiff does not describe the reason for dismissal within the Notice, Plaintiff previously told the Court that the parties had "settled all claims" and stated that "[u]pon finalization of the Settlement Agreement, the Plaintiff [would] file a Notice of Voluntary Dismissal."

(ECF No. 20, PageID.93.) The Court finds that the settlement is a proper basis for dismissal under Rule 41(a)(2).

"Unless the notice . . . states otherwise, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(2). The Notice states that the dismissal is with prejudice. (ECF No. 21, PageID.95.) Accordingly, the Court grants Plaintiff's Notice for Voluntary Dismissal (ECF No. 21) and dismisses this action with prejudice.

IT IS SO ORDERED.

Dated: January 31, 2025      s/Judith E. Levy
Ann Arbor, Michigan     JUDITH E. LEVY
    United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 31, 2025.

    s/William Barkholz
    WILLIAM BARKHOLZ
    Case Manager

2